IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02614-PAB-MJW

WILLIAM HEDGE,

Plaintiff,

v.

OFFICER ELAINE GROFF,
OFFICER SAMUEL HUNTER,
OFFICER CRAIG ELLIOTT,
OFFICER JON PATTERSON, and
OFFICER KYLE KAVALEC,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In an Order Setting Scheduling/Planning Conference entered on December 4, 2016, plaintiff was directed to forthwith serve the defendants.  Now, six weeks later, plaintiff seeks to vacate and reset the Scheduling Conference set next week, advising the court that requests for waivers were sent to the Thornton Police Department, no waivers were returned, and counsel is just now requesting summons to serve the defendants personally.  Counsel has needlessly delayed these proceedings by waiting so long to serve defendants personally, but the court has no choice but to vacate next week's conference.  It is thus hereby

ORDERED that the plaintiff's Motion to Vacate the January 21, 2016 Scheduling Conference (Docket No. 8) is GRANTED.  The Scheduling Conference set on January 21, 2016, at 2:30 p.m. is VACATED and RESET on March 8, 2016, at 9:00 a.m.  The proposed Scheduling Order shall be filed on or before March 1, 2016.  It is further

ORDERED that plaintiff shall FORTHWITH serve the defendants.

Date:   January 15, 2016