IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02614-PAB-MJW

WILLIAM HEDGE,

Plaintiff,

v.

OFFICER ELAINE GROFF,
OFFICER SAMUEL HUNTER,
OFFICER CRAIG ELLIOTT,
OFFICER JON PATTERSON, and
OFFICER KYLE KAVALEC,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Protective Order (docket no. 36) is GRANTED finding good cause shown.  The written Protective Order (docket no. 36-1) is APPROVED and made an Order of Court.

Date: March 28, 2016